IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PITTSBURGH CORNING CORPORATION,<br><br>        Debtor.<br>-------------------------------------------------<br>GARLOCK SEALING TECHNOLOGIES, LLC,<br><br>        Appellant,<br>  v.<br><br>PITTSBURGH CORNING CORP., *et al.*,<br><br>        Appellees. | Civil Action 11-1406<br>Bankruptcy No. 00-22876 (JKF)<br>Re:  D.I. 8488<br><br>Honorable Nora Barry Fischer |
| IN RE MID-VALLEY, INC.,<br><br>        Debtor.<br>-------------------------------------------------<br>GARLOCK SEALING TECHNOLOGIES, LLC,<br><br>        Appellant,<br>  v.<br><br>MID-VALLEY, INC., *et al.*,<br><br>        Appellees. | Civil Action 11-1439<br>Bankruptcy No. 03-35592 (JKF)<br>Re:  D.I. 2817<br><br>Honorable Nora Barry Fischer |
| IN RE NORTH AMERICAN REFRACTORIES CO.,<br><br>        Debtor.<br>-------------------------------------------------<br>GARLOCK SEALING TECHNOLOGIES, LLC,<br><br>        Appellant,<br>  v.<br><br>BARON & BUDD, P.C., *et al.*,<br><br>        Appellees. | Civil Action 11-1452<br>Bankruptcy No. 02-20198 (JKF)<br>Re:  D.I. 7246<br><br>Honorable Nora Barry Fischer |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF APPELLEES - THE LAW OFFICES OF PETER G.ANGELOS, P.C.; BARON & BUDD, P.C.; BRAYTON PURCELL, LLP; HISSEY KIENTZ, LLP; THE LIPMAN LAW FIRM; REAUD, MORGAN & QUINN, INC.; THORNTON & NAUMES, LLP; WATERS & KRAUS, LLP; WEITZ & LUXENBERG P.C.; AND WILLIAMS KHERKHER HART BOUNDAS, LLP
known collectively as "THE LAW FIRMS"

TO THE CLERK, U.S. DISTRICT COURT:

Kindly enter my appearance on behalf of the Appellees – The Law Offices of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP known collectively as "The Law Firms" in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,

    BERNSTEIN LAW FIRM, P.C.

    By: /s/ Peter J. Ashcroft
    Peter J. Ashcroft, Esquire
    PA I.D. # 87317
    pashcroft@bernsteinlaw.com
    Suite 2200 Gulf Tower
    Pittsburgh, PA  15219
    Tel: (412) 456-8107
    Fax: (412) 456-8255

    Attorney for Appellee,
    The Law Firms

Dated: January 19, 2012