IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PITTSBURGH CORNING CORPORATION, | Civil Action 11-1406 |
| | Bankruptcy No. 00-22876 (JKF) |
| Debtor. | Re: D.I. 8488 |
| --- | Honorable Nora Barry Fischer |
| GARLOCK SEALING TECHNOLOGIES, LLC, | |
| Appellant, | |
| v. | |
| PITTSBURGH CORNING CORP., et al., | |
| Appellees. | |

## ORDER OF COURT

AND NOW, this _____ day of _____ 2012, upon consideration of the foregoing Motion to Amend Docket to Reflect Appellee, The Law Firms, as an Appellee in this Case and to Amend Docket Entry 13 to Reflect that the Appellee Brief was Filed by the The Law Firms it is hereby ORDERED that:

1. The Law Firms shall be designated as an Appellee on the Docket; and,

2. Docket Entry #13 shall be edited by the ecf case administrator to reflect that the Appellee Brief was filed by The Law Firms and not the Certain Law Firm Objectors.

_____
Nora Barry Fischer
United States District Judge