IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PITTSBURGH CORNING CORPORATION,<br>　　　　Debtor.<br>------------------------------------------------<br>GARLOCK SEALING TECHNOLOGIES, LLC,<br>　　　　Appellant,<br>　　v.<br>PITTSBURGH CORNING CORPORATION,<br>　　　　Appellee. | Civil Action No. 11-1406<br>Bankruptcy No. 00-22876 (JKF)<br>Re: D.I. 8488<br><br>Judge Nora Barry Fischer<br><br>**ELECTRONICALLY FILED** |
| IN RE: MID-VALLEY, INC.,<br>　　　　Debtor.<br>------------------------------------------------<br>GARLOCK SEALING TECHNOLOGIES, LLC,<br>　　　　Appellant,<br>　　v.<br>MID-VALLEY, INC.,<br>　　　　Appellee. | Civil Action No. 11-1439<br>Bankruptcy No. 03-35592 (JKF)<br>Re: D.I. 2317<br><br>Judge Nora Barry Fischer<br><br>**ELECTRONICALLY FILED** |
| IN RE: NORTH AMERICAN REFRACTORIES COMPANY,<br>　　　　Debtor.<br>------------------------------------------------<br>GARLOCK SEALING TECHNOLOGIES, LLC,<br>　　　　Appellant,<br>　　v.<br>NORTH AMERICAN REFRACTORIES, et al.,<br>　　　　Appellees. | Civil Action No. 11-1452<br>Bankruptcy No. 02-20198 (JKF)<br>Re: D.I. 7246<br><br>Judge Nora Barry Fischer<br><br>**ELECTRONICALLY FILED** |

**O R D E R**

## **ORDER**

AND NOW, this *19th* day of March, 2012, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for the Admission *Pro Hac Vice* of Garland S. Cassada is GRANTED and therefore Garland S. Cassada, Esquire is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania in the above-captioned matters.

BY THE COURT:

_____, J
Nora Barry Fischer