IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PITTSBURGH CORNING CORPORATION,<br>　　　　Debtor.<br><br>GARLOCK SEALING TECHNOLOGIES, LLC,<br>　　　　Appellant,<br>　v.<br><br>PITTSBURGH CORNING CORPORATION,<br>　　　　Appellee. | Civil Action No. 11-1406<br>Bankruptcy No. 00-22876 (JKF)<br>Re: D.I. 8488<br><br>Judge Nora Barry Fischer<br><br>**ELECTRONICALLY FILED** |
| IN RE: MID-VALLEY, INC.,<br>　　　　Debtor.<br><br>GARLOCK SEALING TECHNOLOGIES, LLC,<br>　　　　Appellant,<br>　v.<br><br>MID-VALLEY, INC.,<br>　　　　Appellee. | Civil Action No. 11-1439<br>Bankruptcy No. 03-35592 (JKF)<br>Re: D.I. 2817<br><br>Judge Nora Barry Fischer<br><br>**ELECTRONICALLY FILED** |
| IN RE: NORTH AMERICAN REFRACTORIES COMPANY,<br>　　　　Debtor.<br><br>GARLOCK SEALING TECHNOLOGIES, LLC,<br>　　　　Appellant,<br>　v.<br><br>NORTH AMERICAN REFRACTORIES, et al.,<br>　　　　Appellees. | Civil Action No. 11-1452<br>Bankruptcy No. 02-20198 (JKF)<br>Re: D.I. 7246<br><br>Judge Nora Barry Fischer<br><br>**ELECTRONICALLY FILED** |

**ORDER**

## ORDER

AND NOW, this **19th** day of March, 2012, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for the Admission *Pro Hac Vice* of Richard C. Worf, Jr. is GRANTED and therefore Richard C. Worf, Jr., Esquire is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania in the above-captioned matters.

BY THE COURT:

_____, J