# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PITTSBURGH CORNING CORPORATION ) | Civil Action No. 11-1406 |
| ) | |
| Debtor. ) | Bankruptcy No. 00-22876 (JKF) |
| ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, ) | Re: D.I. 8488 |
| ) | |
| Appellant, ) | |
| v. ) | |
| ) | |
| PITTSBURGH CORNING CORPORATION, ) | |
| ) | |
| Appellee. ) | |

-----

| | |
|---|---|
| IN RE: ) | |
| ) | |
| IN RE MID-VALLEY, INC., ) | Civil Action No. 11-1439 |
| ) | |
| Debtor. ) | Case No. 03-35592 (JKF) |
| ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, ) | Re: D.I. 2817 |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| MID-VALLEY, INC., ) | |
| ) | |
| Appellee. ) | |

-----

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NORTH AMERICAN REFRACTORIES ) | Civil Action No. 11-1452 |
| COMPANY, ) | |
| ) | Bankruptcy No. 02-20198 (JKF) |
| Debtor. ) | |
| ) | Re: D.I. 7246 |
| GARLOCK SEALING TECHNOLOGIES, LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| ARMSTRONG WORLD INDUSTRIES, et al., ) | |
| ) | |
| Appellees. | |

**ORDER OF COURT**

AND NOW, this 21st day of June, 2012, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that the appeals filed by Garlock Sealing Technologies, LLC at Civil Action Numbers 11-1406, 11-1439 and 11-1452 are STAYED pending disposition of the consolidated appeals filed by Garlock Sealing Technologies LLC in the United States District Court for the District of Delaware at Civil Action Number 11-1130;

IT IS FURTHER ORDERED that the parties shall immediately advise the Court upon the disposition of the consolidated appeals in the District of Delaware; and,

FINALLY, IT IS ORDERED that, if the parties are interested in a referral to this Court's Alternative Dispute Resolution Program, they shall meet and confer to reach an agreement on an acceptable neutral and then file a Stipulation Selecting ADR Process with this Court. (The form is available at: http://www.pawd.uscourts.gov/Applications/pawd_adr/Documents/ADRSTIP-201112.pdf).

                                                        *s/Nora Barry Fischer*
                                                        Nora Barry Fischer
                                                        United States District Judge

cc/ecf: All counsel of record.